UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br>METZ, HAROLD J<br>METZ, BETTY J<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72102 MB<br><br>HONORABLE MANUEL BARBOSA |
|---|---|

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES <u>JOSEPH D. OLSEN</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1. JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 11/10/06. An order for relief under Chapter 7 was entered on 11/10/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of October 23, 2008 is as follows:

|   |   |   |
|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | 305,622.30 |
| b. | DISBURSEMENTS (See Exhibit C) | 80,257.59 |
| c. | NET CASH available for distribution | 225,364.71 |
| d. | TRUSTEE/PROFESSIONAL COSTS | |
|    | 1. Trustee compensation requested (See Exhibit E.) | 18,531.12 |
|    | 2. Trustee Expenses (See Exhibit E.) | 576.60 |
|    | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 4,854.50 |
|    | 4. Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5. The Bar Date for filing unsecured claims expired on 04/24/07. The DIP report was filed on . The Bar Date for filing DIP claims expired on .

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---:|
| a. | Allowed unpaid secured claims | 0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 23,962.22 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 0.00 |
| e. | Allowed unsecured claims | 1,263,220.77 |

7. Trustee proposes that unsecured creditors receive a distribution of 16.21% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $995.00. Professional's compensation and expense requested but not yet allowed is $4,854.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,849.50. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $3,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: 10/23/08

s/s Joseph D. Olsen
JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

# EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Debtors had been pursued rather aggressively by a judgment creditor prior to filing and therefore, most of their assets had been seized pre-petition. The Trustee was able to administer a purported fraudulent conveyance that occurred in the State of florida as to some real estate, was able to liquidate the Debtors' one-half interest in a land trust which owned a commercial building in the Rockford area. The rents related to those, as well as a seized financial account held by JP Morgan. The Trustee was hopeful about liquidating a radio station in Florida along with the FCC license but that did not pan out. The judgment lien creditor attorneys were very cooperative sharing information and liquidating assets which helped considerably.

1. Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2. Examination of Debtor at First Meeting of Creditors, discovery of potential assets including;

    a.) Pursuit of avoidable transfers.

3. Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4. Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5. Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6. Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

7. Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8. Review of Proof of Claim document, preparation of memo re: preliminary grounds for objection to same;

9. Fielded all creditor inquiries regarding the administration of the estate.

(See time records attached.)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 06-72102 MB | Trustee: (330400) JOSEPH D. OLSEN |
| --- | --- | --- |
| Case Name: | METZ, HAROLD J / METZ, BETTY J | Filed (f) or Converted (c): 11/10/06 (f) |
| | | §341(a) Meeting Date: 12/14/06 |
| Period Ending: | 10/23/08 | Claims Bar Date: 04/24/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking accts | 6,441.64 | 0.00 | | 2,837.92 | FA |
| 3 | HHGS/furnishings | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 4 | Antiques | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA | 50,851.06 | 0.00 | DA | 0.00 | FA |
| 7 | Stock/interests in Metz Tool | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Trust #4963 | Unknown | 210,000.00 | | 190,000.00 | FA |
| 9 | Partnership interests | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Rental income | 10,800.00 | 0.00 | DA | 23,699.26 | FA |
| 11 | 1999 Lincoln Town car | 5,025.00 | 0.00 | DA | 0.00 | FA |
| 12 | Federal income tax refund (u) | 0.00 | 6,430.00 | | 4,900.00 | FA |
| 13 | State income tax refund | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 14 | Fraudulent conveyance - Tallahassee, Fla (u) | Unknown | 27,900.00 | | 57,909.24 | FA |
| 15 | Fraudulent conveyance - radio station (u) | 0.00 | Unknown | DA | 0.00 | FA |
| 16 | FCC License (u) | Unknown | Unknown | OA | 0.00 | FA |
| 17 | JP Morgan Ckg. acct (u) | 11,550.45 | 11,550.45 | | 23,100.90 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,674.98 | Unknown |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 06-72102 MB | Trustee: | (330400) JOSEPH D. OLSEN |
| --- | --- | --- | --- |
| Case Name: | METZ, HAROLD J | Filed (f) or Converted (c): | 11/10/06 (f) |
| | METZ, BETTY J | §341(a) Meeting Date: | 12/14/06 |
| Period Ending: | 10/23/08 | Claims Bar Date: | 04/24/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18    Assets    Totals (Excluding unknown values) | $87,688.15 | $257,380.45 | | $305,622.30 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   December 30, 2008        Current Projected Date Of Final Report (TFR):   July 9, 2008 (Actual)

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-72102 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | METZ, HAROLD J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | METZ, BETTY J | | Account: | ***-*****53-19 - Time Deposit Account |
| Taxpayer ID #: | 13-7552352 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/23/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/07 | | FUNDING ACCOUNT: ********5365 | | 9999-000 | 50,000.00 | | 50,000.00 |
| 10/11/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3100% | 1270-000 | 163.57 | | 50,163.57 |
| 01/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3100% | 1270-000 | 164.10 | | 50,327.67 |
| 04/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1700% | 1270-000 | 147.01 | | 50,474.68 |
| 04/11/08 | | To Account #********5366 | Transfer funds to pay taxes | 9999-000 | | 50,474.68 | 0.00 |
| | | | ACCOUNT TOTALS | | 50,474.68 | 50,474.68 | $0.00 |
| | | | Less: Bank Transfers | | 50,000.00 | 50,474.68 | |
| | | | Subtotal | | 474.68 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $474.68 | $0.00 | |

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-72102 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | METZ, HAROLD J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | METZ, BETTY J | | Account: | ***-*****53-20 - Time Deposit Account |
| Taxpayer ID #: | 13-7552352 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/23/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/08 | | FUNDING ACCOUNT: ********5365 | | 9999-000 | 200,000.00 | | 200,000.00 |
| 05/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1700% | 1270-000 | 584.24 | | 200,584.24 |
| 06/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 95.64 | | 200,679.88 |
| 07/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 96.63 | | 200,776.51 |
| 08/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 99.86 | | 200,876.37 |
| 08/11/08 | | To Account #********5365 | Close CD via CD Rollover | 9999-000 | | 200,876.37 | 0.00 |
| | | | ACCOUNT TOTALS | | 200,876.37 | 200,876.37 | $0.00 |
| | | | Less: Bank Transfers | | 200,000.00 | 200,876.37 | |
| | | | Subtotal | | 876.37 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $876.37 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-72102 MB | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | METZ, HAROLD J / METZ, BETTY J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*53-65 - Money Market Account |
| Taxpayer ID #: | 13-7552352 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/23/08 | Separate Bond: | N/A |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/07 | {14} | Donald R. Metz | Funds from Fla. property | 1241-000 | 30,000.00 | | 30,000.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.10 | | 30,001.10 |
| 02/19/07 | | To Account #\*\*\*\*\*\*\*\*5366 | Transfer funds to pay Realtor for value of property | 9999-000 | | 345.00 | 29,656.10 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.89 | | 29,670.99 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.84 | | 29,686.83 |
| 04/04/07 | {14} | Kristie S. Metz | Turnover of fraudulent transfer | 1241-000 | 27,909.24 | | 57,596.07 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.80 | | 57,624.87 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 31.79 | | 57,656.66 |
| 06/25/07 | {2} | Sun Trust Bank | turnover of Acct #1000020681036 | 1129-000 | 2,837.92 | | 60,494.58 |
| 06/27/07 | {12} | Harold Metz | Federal tax refund '05 | 1224-000 | 4,900.00 | | 65,394.58 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 30.00 | | 65,424.58 |
| 07/12/07 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*5319 | | 9999-000 | | 50,000.00 | 15,424.58 |
| 07/23/07 | {13} | US Bank | 05 IL tax refund | 1124-000 | 1,500.00 | | 16,924.58 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.65 | | 16,944.23 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.34 | | 16,953.57 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-72102, Bond #016018067 Voided on 09/14/07 | 2300-003 | | 79.52 | 16,874.05 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-72102, Bond #016018067 Voided: check issued on 09/14/07 | 2300-003 | | -79.52 | 16,953.57 |
| 09/14/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 120.53 | 16,833.04 |

Subtotals: $67,298.57  $50,465.53

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06-72102 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | METZ, HAROLD J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | METZ, BETTY J | | Account: | \*\*\*-\*\*\*\*\*53-65 - Money Market Account |
| Taxpayer ID #: | 13-7552352 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/23/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 06/01/2007 FOR CASE #06-72102, Bond #016018067 | | | | |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.43 | | 16,841.47 |
| 10/19/07 | {17} | JP Morgan Chase | Land Trust Ckg. Acct | 1221-000 | 23,100.90 | | 39,942.37 |
| 10/29/07 | | To Account #\*\*\*\*\*\*\*\*5366 | re: one-half balance of JP Morgan Chase account | 9999-000 | | 11,550.45 | 28,391.92 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.18 | | 28,405.10 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.77 | | 28,419.87 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.47 | | 28,434.34 |
| 01/21/08 | | John C. Denny Trust | personal property - 1/2 land trust | | 204,582.65 | | 233,016.99 |
| | {8} | | 1/2 interest in land trust        190,000.00 | 1129-000 | | | 233,016.99 |
| | {10} | | net rental income        23,699.26 | 1122-000 | | | 233,016.99 |
| | | | settlement charges        -1,400.40 | 2500-000 | | | 233,016.99 |
| | | | '07 real estate taxes        -7,521.21 | 2820-000 | | | 233,016.99 |
| | | | transfer/release fee        -195.00 | 2500-000 | | | 233,016.99 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 36.52 | | 233,053.51 |
| 02/08/08 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*5320 | | 9999-000 | | 200,000.00 | 33,053.51 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 17.72 | | 33,071.23 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.14 | | 33,077.37 |
| 04/14/08 | | To Account #\*\*\*\*\*\*\*\*5366 | Transfer to pay Federal & State income tax returns | 9999-000 | | 8,002.00 | 25,075.37 |
| 04/15/08 | | To Account #\*\*\*\*\*\*\*\*5366 | Per Court Order 4/14 - pay Acct. fees | 9999-000 | | 650.00 | 24,425.37 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.93 | | 24,429.30 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.05 | | 24,432.35 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.10 | | 24,435.45 |
| | | | Subtotals : | | $227,804.86 | $220,202.45 | |

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 06-72102 MB | Trustee: JOSEPH D. OLSEN (330400) |
| Case Name: METZ, HAROLD J | Bank Name: JPMORGAN CHASE BANK, N.A. |
| METZ, BETTY J | Account: ***-*****53-65 - Money Market Account |
| Taxpayer ID #: 13-7552352 | Blanket Bond: $1,500,000.00 (per case limit) |
| Period Ending: 10/23/08 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.10 | | 24,438.55 |
| 08/11/08 | | From Account #********5320 | Close CD via CD Rollover | 9999-000 | 200,876.37 | | 225,314.92 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.55 | | 225,333.47 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 29.56 | | 225,363.03 |
| | | | ACCOUNT TOTALS | | 496,031.01 | 270,667.98 | $225,363.03 |
| | | | Less: Bank Transfers | | 200,876.37 | 270,547.45 | |
| | | | Subtotal | | 295,154.64 | 120.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $295,154.64 | $120.53 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 06-72102 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | METZ, HAROLD J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | METZ, BETTY J | | Account: | ***-*****53-66 - Checking Account |
| Taxpayer ID #: | 13-7552352 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/23/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/19/07 | | From Account #********5365 | Transfer funds to pay Realtor for value of property | 9999-000 | 345.00 | | 345.00 |
| 02/21/07 | 101 | Steve Clark | Fee for opinion of value on 5040-5054 property | 3731-000 | | 345.00 | 0.00 |
| 10/29/07 | | From Account #********5365 | re: one-half balance of JP Morgan Chase account | 9999-000 | 11,550.45 | | 11,550.45 |
| 10/31/07 | 102 | Northwestern Bank as Trustee of the John C. Denny Trust | one-half of the balance of JP Morgan Chase acct. | 8500-000 | | 11,550.45 | 0.00 |
| 04/11/08 | | From Account #********5319 | Transfer funds to pay taxes | 9999-000 | 50,474.68 | | 50,474.68 |
| 04/14/08 | | From Account #********5365 | Transfer to pay Federal & State income tax returns | 9999-000 | 8,002.00 | | 58,476.68 |
| 04/15/08 | | From Account #********5365 | Per Court Order 4/14 - pay Acct. fees | 9999-000 | 650.00 | | 59,126.68 |
| 04/15/08 | 103 | United States Treasury | EIN 13-7552352 (Form 1041) for year ended 1/31/08 | 2810-000 | | 52,035.00 | 7,091.68 |
| 04/15/08 | 104 | Illinois Department of Revenue | EIN 13-7552352 (Form IL-1041) for year ended 1/31/08 | 2820-000 | | 6,440.00 | 651.68 |
| 04/17/08 | 105 | Millkin Benning Kleckler & Kobischka, LLC | Pymt of Acct. fees per Ct. Order of 4/14 | 3310-000 | | 650.00 | 1.68 |

Subtotals: $71,022.13  $71,020.45

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 06-72102 MB | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | METZ, HAROLD J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | METZ, BETTY J | Account: | \*\*\*-\*\*\*\*\*53-66 - Checking Account |
| Taxpayer ID #: | 13-7552352 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/23/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 71,022.13 | 71,020.45 | $1.68 |
| | | | Less: Bank Transfers | | 71,022.13 | 0.00 | |
| | | | Subtotal | | 0.00 | 71,020.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $71,020.45 | |

Net Receipts :   296,505.69
Plus Gross Adjustments :   9,116.61
Net Estate :   $305,622.30

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| CD # \*\*\*-\*\*\*\*\*53-19 | 474.68 | 0.00 | 0.00 |
| CD # \*\*\*-\*\*\*\*\*53-20 | 876.37 | 0.00 | 0.00 |
| MMA # \*\*\*-\*\*\*\*\*53-65 | 295,154.64 | 120.53 | 225,363.03 |
| Checking # \*\*\*-\*\*\*\*\*53-66 | 0.00 | 71,020.45 | 1.68 |
| | $296,505.69 | $71,140.98 | $225,364.71 |

() Asset reference(s)

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br>METZ, HAROLD J<br>METZ, BETTY J<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72102 MB<br><br>HONORABLE MANUEL BARBOSA |
|---|---|

## DISTRIBUTION REPORT

I, <u>JOSEPH D. OLSEN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 23,962.22 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 201,402.49 |
| Tardily-Filed Unsecured Claims: | $ 0.00 |
| Fines, Penalties & Punitive Damages: | $ 0.00 |
| Post-Petition Interest: | $ 0.00 |
| Surplus to Debtor: | $ 0.00 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>   $ 225,364.71

**DISTRIBUTION REPORTS**                                                                PAGE 1

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $23,962.22 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
|  | Yalden, Olsen & Willette | 4,854.50 | 4,854.50 |
|  | JOSEPH D. OLSEN | 576.60 | 576.60 |
|  | JOSEPH D. OLSEN | 18,531.12 | 18,531.12 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS**  PAGE 2

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**DISTRIBUTION REPORTS**                                           PAGE 3

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS** PAGE 4

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $1,242,366.42 | 16.21% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1 | Amcore Bank, N.A. | 1,237,018.90 | 200,535.59 |
| 2 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 5,347.52 | 866.90 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $20,854.35 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 3 | General Electric Capital Corrp | 15,551.45 | 0.00 |
| 4 | LVNV Funding LLC its successors and assigns as | 1,134.20 | 0.00 |
| 5 | LVNV Funding LLC its successors and assigns as | 4,168.70 | 0.00 |

**DISTRIBUTION REPORTS**　　　　　　　　　　　　　　　　　　　　　　　　PAGE 5

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                                    PAGE 6

    The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|
| NONE. | | | | |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____10/23/08_____          _s/s  Joseph D. Olsen_____
                                                                                 JOSEPH D. OLSEN, Trustee