Case Name: METZ, HAROLD J.
                METZ, BETTY J.
Case No:    06-72102

## CERTIFICATION OF REVIEW

      The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 11/17/08                      WILLIAM T. NEARY
                                            United States Trustee, Region 11

                              BY:    */s/ Carole J. Ryczek*
                                            CAROLE J. RYCZEK
                                            Attorney for the U.S. Trustee