## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>METZ, HAROLD J<br>METZ, BETTY J | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72102 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-0720 13-7552352<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on December 10, 2008 at 9:30a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 4,854.50 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 576.60 |
| MILLIKIN & BENNING<br>Accountants | $650.00 | | |
| STEVE CLARK<br>Realtor | $345.00 | | |

JOSEPH D. OLSEN                 0.00             18,531.12
Trustee

4.    The Trustee's Final Report shows total:

      a.    Receipts                                         $    305,622.30

      b.    Disbursements                          $    80,257.59

      c.    Net Cash Available for Distribution    $    225,364.71

5.    In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $201,402.49, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $1,242,366.42.

6.    The debtors have been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

    10/23/08                                    s/s Joseph D. Olsen
DATE