UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br>METZ, HAROLD J<br>METZ, BETTY J | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72102 MB |
|---|---|
| Social Security/Employer Tax ID Number:<br>xxx-xx-0720 13-7552352<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on December 10, 2008 at 9:30a.m.

2.  The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 4,854.50 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 576.60 |
| MILLIKIN & BENNING<br>Accountants | $650.00 | | |
| STEVE CLARK<br>Realtor | $345.00 | | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 18,531.12 |

4. The Trustee's Final Report shows total:

   a. Receipts $ 305,622.30

   b. Disbursements $ 80,257.59

   c. Net Cash Available for Distribution $ 225,364.71

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $201,402.49, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $1,242,366.42.

6. The debtors have been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

_____10/23/08_____                                    _s/s Joseph D. Olsen_____
DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1                   Date Rcvd: Nov 18, 2008
Case: 06-72102                Form ID: pdf002             Total Served: 22
```

The following entities were served by first class mail on Nov 20, 2008.
```
db           +Harold J Metz,    7749 N. Rockton Ave.,     Rockford, IL 61103-7677
jdb          +Betty J Metz,    7749 N. Rockton Ave.,     Rockford, IL 61103-7677
aty          +Craig A Willette,    Yalden Olsen & Willette,     1318 E State Street,    Rockford, IL 61104-2228
aty          +Diane E Elliott,    Crosby & Associates,    475 Executive Parkway,     Rockford, IL 61107-6629
aty          +Jason K Nielson,    The Law Offices of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,     Rockford, IL 61104-2228
11008309     +A Law Office Of Crosby & Associates PC,    Michael S Crosby President,     475 Executive Parkway,
               Rockford, IL 61107-6629
11008310      Amcore Bank,    P. O. Box 358,    Beloit, WI 53512-0358
11008311     +Amcore Bank N A,    501 7th St,    Rockford, IL 61104-1299
11124479     +Amcore Bank, N.A.,    c/o Jeffrey A. Chadwick,     Katten Muchin Rosenman LLP,
               525 W. Monroe Street,    Chicago, IL 60661-3693
11008312     +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
11008313     +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
11008314     +Countrywide Home Lending,     450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
11008316     +Donald Metz,    9076 Eagles Ridge Drive,    Tallahassee, FL 32312-4045
11668490     +General Electric Capital Corrp,    1010 Thomas Edison Blvd SW,    Cedar Rapids IA 52404-8247
11008308     +Metz Betty J,    7749 N Rockton Ave,    Rockford, IL 61103-7677
11008307     +Metz Harold J,    7749 N Rockton Ave,     Rockford, IL 61103-7677
11008317     +Monogram Bank N America,    Po Box 17054,     Wilmington, DE 19884-0001
11008318     +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
```
The following entities were served by electronic transmission on Nov 19, 2008.
```
11146895     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2008 04:17:38
               DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
11008315      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2008 04:17:38       Discover Fin,   Pob 15316,
               Wilmington, DE 19850
12140621      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,     Greenville, SC 29603-0587
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Wood Maines & Nolan
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2008**                          **Signature:**    *Joseph Speetjens*